STATE of Missouri, Respondent,

v.

Rayvon S. GIBBS, Appellant.

Rayvon S. GIBBS, Movant–Appellant,

v.

STATE of Missouri, Respondent.

Nos. 61312, 63587.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 25, 1994.

Rosalynn Koch, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Defendant, Rayvon S. Gibbs, appeals from his convictions, after a jury trial, of robbery in the first degree and armed criminal action. He was sentenced to imprisonment for twelve years on the robbery charge and for fifty years on the armed criminal action charge to be served consecutively. No jurisprudential purpose would be served by a written opinion on defendant's direct appeal. Defendant's convictions are affirmed. Rule 30.25(b).

Defendant also appeals the denial of his Rule 29.15 motion after an evidentiary hearing. The judgment of the trial court is based on findings of fact that are not clearly erroneous; no error of law appears. An opinion

would have no precedential value. The judgment is affirmed. Rule 84.16(b).